ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons;

JANE DOE-1, a law enforcement officer; JANE DOE-2, a law enforcement officer;

EDWIN MALDONADO; SCOTT MALONEY; JUSTYNA MALONEY; PATRICK COLLIGAN; PETER ANDREYEV; WILLIAM SULLIVAN

v.

ACCURATE APPEND, INC.,

                              Appellan