OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



U̲NITED S̲TATES C̲OURT OF A̲PPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

April 15, 2025

John E. MacDonald
Constangy Brooks Smith & Prophete
3120 Princeton Pike
Suite 301
Lawrenceville, NJ 08648

RE: Atlas Data Privacy Corp, et al v. Accurate Append Inc
Case Number: 25-1567
District Court Case Number: 1:24-cv-04178

Dear Counsel:

Pursuant to our docketing letter dated **March 31, 2025**, you were requested electronically file or complete the following in the above-entitled case:

**Appearance Form**
**Concise Summary of the Case**
**Disclosure Statement**
**Information Statement**
**Transcript Purchase Order Form**

 The above listed forms must be completed within **fourteen (14) days of the date of this letter**. The forms are available at this court's website.

**IF YOU FAIL TO COMPLY, THE CASE WILL BE DISMISSED PURSUANT TO 3d Cir. L.A.R MISC. 107.1(b) and/or 107.2(a).**

Very truly yours,
Patricia S. Dodszuweit, Clerk

By: s/Laurie
Case Manager
267-299-4936
cc: David Boies, Esq.
Kashif T. Chand, Esq.
Liza B. Fleming, Esq.
Mark C. Mao, Esq.
Jessica A. Merejo, Esq.
Eric M. Palmer, Esq.
Rajiv D. Parikh, Esq.
Samantha D. Parrish, Esq.
Adam R. Shaw, Esq.
Michael L. Zuckerman, Esq.