**TRANSCRIPT PURCHASE ORDER**
**for Third Circuit Court of Appeals**

**District Court** New Jersey
**Court of Appeals Docket No.** 25-1567
**District Court Docket No.** 1:24-cv-04178

**Short Case Title** Atlas Data Privacy Corporation, et al. v. Accurate Append, Inc.

**Date Notice of Appeal Filed by Clerk of District Court** 03/28/2025

**Part I.** (To be completed by party responsible for ordering transcript)
A. Check one of the following and serve ALL COPIES:

NOTE: A SEPARATE FORM IS TO BE TYPED FOR EACH COURT REPORTER IN THIS CASE.

**TRANSCRIPT:**
____ None
____ Unnecessary for appeal purposes.
_X_ Already on file in the District Court Clerk's office.
____ This is to order a transcript of the proceedings heard on the date listed below from _____ (Court Reporter) (Specify on lines below exact date of proceedings to be transcribed). If requesting only partial transcript of the proceedings, specify exactly what portion or what witness testimony is desired.

If proceeding to be transcribed was a trial, also check any appropriate box below for special requests; otherwise, this material will NOT be included in the trial transcripts.

____ Voir dire
____ Open Statement of Plaintiff
____ Opening Statement of Defendant
____ Closing Argument of Plaintiff
____ Closing Argument of Defendant
____ Jury Instructions
____ Sentencing Hearings

FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT ARE GROUNDS FOR DISMISSAL OF THE APPEAL OR IMPOSITION OF SANCTIONS

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:

____ CJA Form submitted to District Court Judge
____ Motion for Transcript has been submitted to District Court
____ CJA Form submitted to Court of Appeals
____ Private Funds

**Signature** /s/ John E. MacDonald
**Date** 4/23/2025
**Print Name** John E. MacDonald
**Counsel for** Accurate Append, Inc.
**Address** 3120 Princeton Pike, Suite 301, Lawrenceville, NJ 08648
**Telephone** (609) 357-1183

**Part II.** COURT REPORTER ACKNOWLEDGEMENT (To be completed by the Court Reporter and forwarded to the Court of Appeals on the same day transcript order is received.)

| Date transcript order received | Estimated completion date; if not within 30 days of date financial arrangements made, motion for extension to be made to Court of Appeals | Estimated number of pages |
|---|---|---|
| | | |

____ Arrangements for payment were made on _____
____ Arrangements for payment have not been made pursuant to FRAP 10(b)

**Date** | **Name of Court Report** | **Telephone**

**Part III.** NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT (To be completed by court reporter on date of filing transcript in District. Court Notification must be forwarded to the Court of Appeals on the same date.)

Actual Number of Pages _____   Actual Number of Volumes _____

**Date** | **Signature of Court Reporter**