UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 25-1555

Atlas Data Privacy Corporation et al. v. We Inform, LLC

(D.N.J. No. 1:24-cv-04037)

No. 25-1556

Atlas Data Privacy Corporation et al. v. Infomatics, LLC

(D.N.J. No. 1:24-cv-04041)

No. 25-1557

Atlas Data Privacy Corporation et al. v. The People Searchers, LLC

(D.N.J. No. 1:24-cv-04045)

No. 25-1558

Atlas Data Privacy Corporation et al. v. DM Group, Inc.

(D.N.J. No. 1:24-cv-04075)

No. 25-1559

Atlas Data Privacy Corporation et al. v. Deluxe Corporation

(D.N.J. No. 1:24-cv-04080)

No. 25-1560

Atlas Data Privacy Corporation et al. v. Quantarium Alliance, LLC, and Quantarium Group, LLC

(D.N.J. No. 1:24-cv-04098)

No. 25-1561

Atlas Data Privacy Corporation et al. v. Yardi Systems, Inc.

(D.N.J. No. 1:24-cv-04103)

No. 25-1562

Atlas Data Privacy Corporation et al. v. Digital Safety Products, LLC

(D.N.J. No. 1:24-cv-04141)

No. 25-1563

Atlas Data Privacy Corporation et al. v. Civil Data Research, LLC

(D.N.J. No. 1:24-cv-04143)

No. 25-1564

Atlas Data Privacy Corporation et al. v. Scalable Commerce, LLC, and National Data Analytics, LLC

(D.N.J. No. 1:24-cv-04160)

No. 25-1565

Atlas Data Privacy Corporation et al. v. Labels & Lists, Inc.

(D.N.J. No. 1:24-cv-04174)

No. 25-1566

Atlas Data Privacy Corporation et al. v. Innovis Data Solutions, Inc.

(D.N.J. No. 1:24-cv-04176)

No. 25-1567

Atlas Data Privacy Corporation et al. v. Accurate Append, Inc.

(D.N.J. No. 1:24-cv-04178)

No. 25-1568

Atlas Data Privacy Corporation et al. v. Zillow, Inc., and Zillow Group, Inc.

(D.N.J. No. 1:24-cv-04256)

**No. 25-1569**

Atlas Data Privacy Corporation et al. v. Equimine, Inc.

(D.N.J. No. 1:24-cv-04261)

**No. 25-1570**

Atlas Data Privacy Corporation et al. v. Thomson Reuters Corporation, Thomson Reuters Holdings Inc., Thomson Reuters Canada Limited, Thomson Reuters Applications Inc., Thomson Reuters Enterprise Centre GmbH, and West Publishing Corporation

(D.N.J. No. 1:24-cv-04269)

**No. 25-1571**

Atlas Data Privacy Corporation et al. v. Melissa Data Corp.

(D.N.J. No. 1:24-cv-04292)

**No. 25-1572**

Atlas Data Privacy Corporation et al. v. Restoration of America and Voter Reference Foundation LLC

(D.N.J. No. 1:24-cv-04324)

**No. 25-1573**

Atlas Data Privacy Corporation et al. v. i360, LLC

(D.N.J. No. 1:24-cv-04345)

**No. 25-1574**

Atlas Data Privacy Corporation et al. v. GoHunt, LLC, GoHunt Management Holdings, LLC, and GoHunt Management Holdings II, LLC

(D.N.J. No. 1:24-cv-04380)

**No. 25-1575**

Atlas Data Privacy Corporation et al. v. AccuZIP, Inc.

(D.N.J. No. 1:24-cv-04383)

**No. 25-1576**

Atlas Data Privacy Corporation et al. v. Synaptix Technology, LLC, and Voterrecords.com

(D.N.J. No. 1:24-cv-04385)

**No. 25-1577**

Atlas Data Privacy Corporation et al. v. Joy Rockwell Enterprises, Inc.

(D.N.J. No. 1:24-cv-04389)

**No. 25-1578**

Atlas Data Privacy Corporation et al. v. Fortnoff Financial, LLC

(D.N.J. No. 1:24-cv-04390)

**No. 25-1580**

Atlas Data Privacy Corporation et al. v. E-Merges.com Inc.

(D.N.J. No. 1:24-cv-04434)

**No. 25-1581**

Atlas Data Privacy Corporation et al. v. Nuwber, Inc.

(D.N.J. No. 1:24-cv-04609)

**No. 25-1582**

Atlas Data Privacy Corporation et al. v. RocketReach LLC

(D.N.J. No. 1:24-cv-04664)

**No. 25-1583**

Atlas Data Privacy Corporation et al. v. Belles Camp Communications, Inc.

(D.N.J. No. 1:24-cv-04949)

**No. 25-1584**

Atlas Data Privacy Corporation et al. v. PropertyRadar, Inc.

(D.N.J. No. 1:24-cv-05600)

**No. 25-1585**

Atlas Data Privacy Corporation et al. v. The Alesco Group, L.L.C., Alesco AI, LLC, Alesco Marketing Solutions, L.L.C., Stat Resource Group Inc., and Response Solutions Group, LLC

(D.N.J. No. 1:24-cv-05656)

**No. 25-1586**

Atlas Data Privacy Corporation et al. v. Searchbug, Inc.

(D.N.J. No. 1:24-cv-05658)

**No. 25-1587**

Atlas Data Privacy Corporation et al. v. Amerilist, Inc.

(D.N.J. No. 1:24-cv-05775)

**No. 25-1588**

Atlas Data Privacy Corporation et al. v. US Data Corporation

(D.N.J. No. 1:24-cv-07324)

**No. 25-1589**

Atlas Data Privacy Corporation et al. v. Smarty, LLC, and SmartyStreets, LLC

(D.N.J. No. 1:24-cv-08075)

**No. 25-1590**

Atlas Data Privacy Corporation et al. v. Compact Information Systems, LLC, Accudata Integrated Marketing, Inc., Alumnifinder, ASL Marketing, Inc., College Bound Selection Service, Deepsync Labs, Homedata, and Student Research Group

(D.N.J. No. 1:24-cv-08451)

**No. 25-1591**

Atlas Data Privacy Corporation et al. v. DarkOwl, LLC

(D.N.J. No. 1:24-cv-10600)

**No. 25-1592**

Atlas Data Privacy Corporation et al. v. Spy Dialer, Inc.

(D.N.J. No. 1:24-cv-11023)

**No. 25-1593**

Atlas Data Privacy Corporation et al. v. Lighthouse List Company, LLC

(D.N.J. No. 1:24-cv-11443)

**No. 25-1676**

Atlas Data Privacy Corporation et al. v. First Direct, Inc.

(D.N.J. No. 1:25-cv-01480)

**No. 25-1677**

Atlas Data Privacy Corporation et al. v. Greenflight Venture Corp.

(D.N.J. No. 1:25-cv-01517)

Present:  BIBAS, FREEMAN, and CHUNG, *Circuit Judges*

   1.  Motion by Appellants to Seal Joint Appendix Volume IV

                                        Respectfully,
                                        Clerk/EMA

_____ORDER_____

  The foregoing motion is GRANTED.

                                        By the Court,

                                        s/ Stephanos Bibas
                                        Circuit Judge

Dated:   April 25, 2025
MS/cc:   All counsel/parties of record